MediCopy Services, Inc.
PO Box 331787
Nashville TN 37203




MediCopy

PHONE: 866-587-6274 TAX ID 75-3134811

TIANO ODELL
118 CAPITOL STREET
P.O. BOX 11830
CHARLESTON WV 25339

| Invoice # | 180831 |
| Invoice Date | October 3, 2014 |
| **Balance Due (USD)** | **$0.00** |

| Item | Description | Unit Cost | Quantity | Line Total |
| --- | --- | --- | --- | --- |
| LORMCMR | HEALTH INFORMATION REQUESTED FROM LOGAN REGIONAL MEDICAL CENTER<br><br>MEDICAL RECORDS RETRIEVAL FEE | 10.00 | 1 | 10.00 |
| LORMCMR1 | MEDICAL RECORDS @ .75 PER PAGE<br>HEALTH INFORMATION REQUESTED FROM: LOGAN REGIONAL MEDICAL CENTER | 0.75 | 92 | 69.00 |
| FAX | FAXED RECORDS FROM SECURED DATA LINE (RECORDS ATTACHED) | 0.00 | 1 | 0.00 |

| | |
| --- | --- |
| **Total** | **79.00** |
| Amount Paid | -79.00 |
| **Balance Due (USD)** | **$0.00** |

**Terms**
***DUE ON RECEIPT***
NOTICE: A $5.00 LATE FEE WILL BE
ASSESSED TO YOUR INVOICE/ACCOUNT
IF PAYMENT IS NOT RECEIVED WITHIN 30 DAYS.

**Notes**
JASON GRAZUTIES