UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**THOMAS M. WILSON, SR., et al.,**

    **Plaintiffs,**

v.                                      Case No. 2:16-cv-05279

**MRO CORPORATION,**
**a Pennsylvania corporation, et al.,**

    **Defendants.**

## MEMORANDUM OPINION and ORDER SEALING EXHIBITS

Pending before the Court is Plaintiffs' Motion to Seal Portions of Exhibits 5 and 6 to Document No. 95 Plaintiffs' Motion to Compel Discovery Against Defendant Ciox Health, LLC. (ECF No. 106). Due to the highly confidential nature of the information, this Court **GRANTS** the Motion and **ORDERS** Exhibit 5, pages 14 through 41 and Exhibit 6, pages 10 through 27, be sealed. (ECF No. 95-5 at 14-41, 95-6 at 10-27). The undersigned is cognizant of the well-established Fourth Circuit precedent recognizing a presumption in favor of public access to judicial records. *Ashcraft v. Conoco, Inc.,* 218 F.3d 288 (4th Cir. 2000). As stated in *Ashcraft,* before sealing a document, the Court must follow a three step process: (1) provide public notice of the request to seal; (2) consider less drastic alternatives to sealing the document; and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting alternatives. *Id.* at 302. In this case, Exhibit 5 at 14 through 41 and Exhibit 6 at 10 through 27 attached to Plaintiffs' Motion to Compel Discovery Against Defendant CIOX Health, LLC, shall be sealed and

will be designated as sealed on the Court's docket. The Court deems this sufficient notice to interested members of the public. The Court has considered less drastic alternatives to sealing the documents, but in view of the confidential nature of the information, and the format on which the information is contained, no such alternatives are feasible at this time. Moreover, the public's right to be informed is greatly outweighed by the interests to be protected in this circumstance. Accordingly, the Court finds that sealing the designated exhibits to Plaintiffs' Motion to Compel Discovery Against Defendant Ciox Health, LLC, does not unduly prejudice the public's right to access court documents.

The Clerk is instructed to provide a copy of this Order to all counsel of record and to any unrepresented party.

**ENTERED**:  January 24, 2017

Cheryl A. Eifert
United States Magistrate Judge