IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

THOMAS M. WILSON, SR.,
DANIEL HALSEY as ADMINISTRATOR
of the ESTATE OF TAMARA HALSEY,
JASON GRAZUTIES, SANDRA
SHEPPARD, ROBERT BRADLEY, and
ARVADA MARTIN, Individually and on
behalf of all others similarly situated,

          Plaintiffs,                    Civil Action No. 2:16-CV-05279
                                                  Judge John T. Copenhaver, Jr.

v.

MRO CORPORATION,
CIOX HEALTH, LLC, and
MEDI-COPY SERVICES, INC,

          Defendants.

## THE PARTIES' JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CERTIFICATION OF A SETTLEMENT CLASS

NOW COME Thomas M. Wilson, Sr., Daniel Halsey as Administrator of the Estate of Tamara Halsey, Jason Grazuties, Sandra Sheppard, Robert Bradley, and Arvada Martin, individually and on behalf of all others similarly situated (hereinafter, "Named Plaintiffs"), and MRO Corporation, CIOX Health, LLC and Medi-Copy Services, Inc., (hereinafter, "Defendants") (collectively, the "Parties") and, hereby move this Honorable Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for Preliminary Approval of Settlement and Certification of a Settlement Class. As set forth in the supporting memorandum of law, filed contemporaneously herewith and incorporated by reference, the proposed settlement is fair, reasonable and adequate. In addition, it is in the best interest of the Class members that the Class be certified for settlement purposes only and that the settlement be preliminarily approved.

**WHEREFORE,** the Parties respectfully request that this Honorable Court enter an Order of Preliminary Approval that (1) certifies a conditional settlement class under Rule 23 composed of class members as defined in the Settlement Agreement; (2) preliminarily approves the proposed settlement; (3) approves the proposed form and plan of notice to the class members; (4) appoints the Class Representatives and Class Counsel.

**Respectfully submitted,**

/s/ William M. Tiano
William M. Tiano (WVSB #4308)
TIANO O'DELL PLLC
118 Capitol Street
P.O. Box 11830
Charleston, WV 25339
Telephone: (304) 720-6700
Facsimile (304) 720-5800
E-mail: wtiano@tolawfirm.com

*Counsel to Plaintiffs*

/s/ Keith E. Whitson
Keith E. Whitson (WVSB #11585)
SCHNADER HARRISON SEGAL &
LEWIS LLP
120 Fifth Avenue, Suite 2700
Pittsburgh, PA 15222
Telephone: (412) 577-5200
Facsimile: (412) 577-5190
E-mail: kwhitson@schnader.com

Lori Streets Muldoon, Esq. (WVSB #7626)
PULLIN, FOWLER, FLANAGAN,
BROWN & POE, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
Telephone: (304) 344-0100
Facsimile: (304) 342-1545
E-mail: lmuldoon@pffwv.com

David Smith, Esq. (PA # 21480)
Courtney Devon Taylor, Esq. (PA # 321546)
SCHNADER HARRISON SEGAL &
LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19013
Telephone: (215) 751-2000
Facsimile: (215) 751-2205
E-mail: dsmith@schnader.com
　　　　　ctaylor@schnader.com

*Counsel to MRO Corporation*

/s/ Russell D. Jessee
Russell D. Jessee, Esq. (WVSB #10020)
Devon J. Stewart, Esq. (WVSB #11712)
STEPTOE & JOHNSON PLLC
P.O. Box 1588
Charleston, WV 25326-1588
Telephone: (304) 353-8000
Facsimile: (304) 353-8180
E-mail: Russell.jessee@steptoe-johnson.com

Javier Flores, Esq. (admitted as visiting atty.)
MANION GAYNOR & MANNING, LLP
Oliver Street Tower
125 High Street, 6th Floor
Boston, MA 02110
Telephone: (617) 670-8727
Facsimile: (304) 617-670-8727
E-mail: jflores@mgmlaw.com

*Counsel to CIOX Health, LLC*

/s/ Robert L. Bandy
Robert L. Bandy (WVSB #7419)
Lindsay M. Gainer (WVSB #12046)
KAY CASTO & CHANEY PLLC
P.O. Box 2031
Charleston, WV 25327
Telephone: (304) 345-8900
Facsimile: (304) 345-8909
E-mail: rbandy@kaycasto.com
         lgainer@kaycasto.com

*Counsel to Medi-Copy Services, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

THOMAS M. WILSON, SR.,
DANIEL HALSEY as ADMINISTRATOR
of the ESTATE OF TAMARA HALSEY,
JASON GRAZUTIES, SANDRA
SHEPPARD, ROBERT BRADLEY, and
ARVADA MARTIN, Individually and on
behalf of all others similarly situated,

        Plaintiffs,

v.

MRO CORPORATION,
CIOX HEALTH, LLC, and
MEDI-COPY SERVICES, INC,

        Defendants.

Civil Action No. 2:16-CV-05279
Judge John T. Copenhaver, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of July, 2017, I electronically filed the foregoing **"THE PARTIES' JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CERTIFICATION OF A SETTLEMENT CLASS"** via CM/ECF, which will provide notification and a copy of the filing to the all counsel of record, who also are signatories, above. There are no unrepresented parties.

        /s/ William M. Tiano
        William M. Tiano (WVSB #4308)
        TIANO O'DELL PLLC