# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

THOMAS M. WILSON, SR.,
DANIEL HALSEY as ADMINISTRATOR
of the ESTATE OF TAMARA HALSEY,
JASON GRAZUTIES, SANDRA SHEPPARD,
ROBERT BRADLEY, and ARVADA MARTIN,
Individually and on behalf of all others similarly situated;

        Plaintiffs,         Civil Action No. 2:16-CV-05279
                                    Honorable John T. Copenhaver, Jr.

v.

MRO CORPORATION; a Pennsylvania Corporation;
CIOX HEALTH, LLC; a Georgia Corporation; and
MEDI-COPY SERVICES, INC.; a Tennessee Corporation,

        Defendants.

## DECLARATION OF COUNSEL

STATE OF WEST VIRGINIA,
COUNTY OF KANAWHA, TO WIT;

        William M. Tiano, being first duly sworn, deposes and says as follows:

1.     That I am a member of the law firm Tiano O'Dell, PLLC;

2.     That this firm represents the plaintiffs in the above-referenced class action against MRO Corporation, CIOX Health, LLC, and Medi-Copy Services, Inc.;

3.     That I received my doctorate degree from West Virginia University College of Law in 1986 and have practiced in West Virginia for thirty (30) years. I am admitted to practice before the United States District Courts for the Northern and Southern Districts of West Virginia, as well as the Fourth Circuit Court of Appeals;

1

4. That I have argued cases before the Fourth Circuit Court of Appeals and the West Virginia Supreme Court of Appeals;

Noteable successful prosecutions as lead or co-counsel in class action and mass action type of claims, include but are not limited to:

- Class action settlement against Sai-Med Health Plan and its agents on behalf of West Virginia insureds for failure to pay health insurance claims which resulted in a settlement of nearly Five Million Dollars ($5,000,000.00).

- Settlement in excess of Five Million Dollars ($5,000,000.00), against Nationwide Insurance Company of America and other Nationwide entities on behalf of the Attorney General of the State of West Virginia and West Virginia citizens as a result of premium overcharges for failure to provide a Farm Bureau discount. West Virginia was the only State to successfully recover in a claim against Nationwide for this overcharge.

- Settlement in excess of Eight Million Dollars ($8,000,000.00) on behalf of the State of West Virginia and West Virginia consumers, physicians and healthcare providers against Blue Cross/Blue Shield for failure to pay health insurance claims; and

5. That for over the past 30 years, my practice has been dedicated to representing injured plaintiffs and consumers in contested liability cases involving medical malpractice, products liability and insurance bad faith.

Further the affiant sayeth naught.

William M. Tiano (WV Bar #4308)

I, Greta H. McHugh, a Notary Public in and for the aforesaid County and State, do hereby certify that William M. Tiano, who signed the writing attached, bearing date the 5th day of July, 2017, has this day acknowledge the same before me in my said County.

Given under my hand this 5th day of July, 2017.

My commission expires September 20, 2021.

_____
NOTARY PUBLIC

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Greta H. McHugh
TIANO O'DELL, PLLC
PO BOX 11830
Charleston, WV 25339
My commission expires September 20, 2021

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

THOMAS M. WILSON, SR.,
DANIEL HALSEY as ADMINISTRATOR
of the ESTATE OF TAMARA HALSEY,
JASON GRAZUTIES, SANDRA SHEPPARD,
ROBERT BRADLEY, and ARVADA MARTIN,
Individually and on behalf of all others similarly situated;

        Plaintiffs,        Civil Action No. 2:16-CV-05279
                              Honorable John T. Copenhaver, Jr.

v.

MRO CORPORATION; a Pennsylvania Corporation;
CIOX HEALTH, LLC; a Georgia Corporation; and
MEDI-COPY SERVICES, INC.; a Tennessee Corporation,

        Defendants.

## DECLARATION OF COUNSEL

STATE OF WEST VIRGINIA,
COUNTY OF KANAWHA, TO WIT;

        Cheryl A. Fisher, being first duly sworn, deposes and says as follows:

1.        That I am an employee of the law firm Tiano O'Dell, PLLC.

2.        That this firm represents the plaintiffs in the above-referenced class action against MRO Corporation, CIOX Health, LLC, and Medi-Copy Services, Inc.

3.        That I received my juris doctorate degree from University of Cincinnati College of Law in 1993. I passed the West Virginia State Bar exam in September 1993. Since then I have been licensed to practice law in the State of West Virginia and have been admitted to

1

practice before the United States District Court for the Southern Districts of West Virginia, as well as the Fourth Circuit Court of Appeals.

4. My noteable successful prosecutions as co-counsel in class action and mass action types of claims, include but are not limited to:

- Defense counsel for target physician sued in class action litigation regarding Fen Phen litigation.

- Defense counsel for drug company sued in class action litigation regarding NSAID resulting in rhabdomylosis.

- Settlement in excess of Five Million Dollars ($5,000,000.00), against Nationwide Insurance Company of America and other Nationwide entities on behalf of the Attorney General of the State of West Virginia as a result of premium overcharges for failure to provide a Farm Bureau discount. West Virginia was the only State to successfully recover in a claim against Nationwide for this overcharge.

5. Over the past 24 years, the first half of my career involved litigation defense, the second half of my career has been dedicated to representing injured plaintiffs and consumers in contested liability cases involving medical malpractice, products liability and insurance bad faith.

Further the affiant sayeth naught.

Cheryl A. Fisher (WV Bar #6379)

2

I, _Greta H. McHugh_, a Notary Public in and for the aforesaid County and State, do hereby certify that Cheryl A. Fisher, who signed the writing attached, bearing date the 5th day of July, 2017, has this day acknowledge the same before me in my said County.

Given under my hand this 5th day of July, 2017.

My commission expires Sept. 20, 2021.

_____
NOTARY PUBLIC

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Greta H. McHugh
TIANO O'DELL, PLLC
PO BOX 11830
Charleston, WV 25339
My commission expires September 20, 2021

3