```
        UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

THOMAS M. WILSON SR., and
DANIEL HALSEY as ADMINISRATOR
of the ESTATE OF TAMARA HALSEY, and
JASON GRAZUTIES, and SANDRA SHEPPARD,
and ROBERT BRADLEY, and ARVADA MARTIN,
Individually and on behalf of all others
similarly situated,

    Plaintiffs,

v.                                     Civil Action No. 2:16-5279

MRO CORPORATION, a Pennsylvania Corporation,
and CIOX HEALTH, LLC, a Georgia Corporation,
and MEDI-COPY SERVICES, INC., a Tennessee
Corporation,

    Defendants

## ORDER

In light of the joint motion filed by the parties for preliminary approval of a settlement and certification of a settlement class, the court orders that the schedule in this case be, and it hereby is, continued generally.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

                            ENTER: July 17, 2017

                            John T. Copenhaver, Jr.
                            United States District Judge